FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2020 APR 15 PM 3: 09

CLERK Casbell
ST. OF GA.

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

DAVID HODGES,                          *
                                       *
    Petitioner,                 *          CIVIL ACTION NO.: 2:19-cv-88
                                       *
v.                                     *
                                       *
WARDEN FCI JESUP,                      *
                                       *
    Respondent.                 *

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 8. Petitioner David Hodges ("Hodges") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DISMISSES without prejudice** Hodges's 28 U.S.C. § 2241 Petition for failure to follow this Court's Order, **DENIES as moot** Respondent's Motion to Dismiss, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. Additionally, the Court **DENIES** Hodges *in forma*

AO 72A
(Rev. 8/82)

*pauperis* status on appeal.

       **SO ORDERED**, this _____ day of _____, 2020.

                            _____

                            HON. LISA GODBEY WOOD, JUDGE
                            UNITED STATES DISTRICT COURT
                            SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)